Filed 12-20-16
Clerk, U. S. District Court
Western District of Texas
By _____ Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § | |
| V. | § § | CAUSE NO. SA-11-CR-00314(2)-XR |
| DANIEL SWINTON GREENE DEFENDANT | § § § | |

## ORDER

On this **20th** day of **December**, 2016 came on to be considered the Defendant's Motion for Continuance. This motion is **GRANTED** / ~~DENIED~~.

IT IS SO ORDERED.

SIGNED AND ENTERED **December 20**, 2016.

_____
HONORABLE JUDGE